UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES RICHARD
VANDERWEELE,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:11-cr-07

## **ORDER**

In accordance with the hearing conducted before the undersigned on December 5, 2011, and for the reasons stated on the record, IT IS HEREBY ORDERED that the bond and order setting conditions of defendant's release (docket #9) shall be REVOKED. The defendant shall remain detained pending further proceedings, with defendant reserving the right to request a detention hearing at a date.

IT IS SO ORDERED.

Date: December 6, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge