UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES RICHARD
VANDERWEELE,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:11-cr-07

## CONSENT ORDER OF DETENTION PENDING TRIAL

### Part I - Findings of Fact

The defendant, in open court, and with the advice of counsel, consented to detention, waiving his right to a detention hearing.

### Part II - Statement of the Reasons for Detention

Based upon the consent of the defendant, detention pending further proceedings is ordered.

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: April 12, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge